IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LILIAN ALEXANDRIA STELLAR,** : | | CIVIL ACTION |
| Plaintiff, : | | |
| : | | |
| vs. : | | NO.   23-cv-2361 |
| : | | |
| **MARTIN O'MALLEY,** : | | |
| **Commissioner of Social Security,** : | | |
| Defendant. : | | |

### ORDER

AND NOW, this   5TH   day of April 2024, upon consideration of Plaintiff's Request for Review (ECF No. 8), Defendant's response thereto (ECF No. 11), and Plaintiff's reply brief (ECF No. 12), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge